IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>              Plaintiff,<br><br>      v.<br><br>LACK FAMILY INVESTMENTS; and<br>Does 1-10, inclusive,<br><br>              Defendants. | 2:10-cv-01481-GEB-KJN<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE; FED. R. CIV. P.<br>4(m) NOTICE |

Plaintiff's Status Report filed October 5, 2010 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for October 18, 2010 is continued to December 13, 2010 at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that **any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant in this action** unless Plaintiff provides proof of service or "shows good cause for the failure" to serve within this prescribed period in a filing due no later than 4:00 p.m. on October 15, 2010.

IT IS SO ORDERED.

Dated:  October 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge