1

2

3

4

5

6

7

8         IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CONNIE ARNOLD,

11              Plaintiff,                    2:10-cv-01481-GEB-KJN

12         v.

13   LACK FAMILY INVESTMENTS,          <u>ORDER</u>

14              Defendant.

15   _____/

16              This matter came before the court on October 18, 2012, for a settlement

17   conference.  Susan Gibbs, Esq. appeared on behalf of plaintiff and Gordon Egan, Esq. appeared

18   on behalf of defendant.  For the reasons discussed at that settlement conference and pursuant to

19   the agreement of the parties, IT IS HEREBY ORDERED that:

20              1.  A further settlement conference is set before the undersigned on Wednesday

21   October 24, 2012, at 9:00 a.m. in Courtroom 27;

22              2.  In order to allow time for the further settlement conference, the Final Pretrial

23   Order filed September 10, 2012 (Doc. No. 20), is modified as follows:

24                  a.)  Any unresolved evidentiary dispute capable of being resolved in limine

25   shall be set forth in an in limine motion filed no later than November 1, 2012; any opposition or

26   /////

1

statement of non-opposition to any filed in limine motion shall be filed no later than November 8, 2012; any reply shall be filed no later than November 15, 2012;

b.) Trial briefs shall be filed no later than November 8, 2012;

c.) The parties are directed to exchange with each other, no later than November 8, 2012, copies of all of their respective exhibits, marked with exhibit stickers provided by the Court;

d.) No later than November 8, 2012, counsel for each party shall serve on the other parties a statement designating all answers to interrogatories and all portions of depositions (except for passages to be used solely for refreshing recollection, impeachment, or rebuttal).  No later than November 15, 2012, counter-designations of other portions of these discovery documents may be served;

e.) The parties shall submit a short, jointly-prepared statement concerning the nature of this case that can be read to the jury during voir dire.  The statement shall be provided to the Court no later than November 15, 2012;

f.) Jury instructions, proposed voir dire, and a verdict form shall be submitted no later than November 15, 2012;

g.) Each party shall submit proposed prevailing party findings of fact and conclusions of law concerning Plaintiff's injunctive relief request no later than November 15, 2012;

h.) Trial will commence, as currently scheduled,  at 9:00 a.m. on December 4, 2012;

3.  All other orders and dates set forth in the Court's September 10, 2012 Final Pretrial Order (Doc. No. 20) shall remain in effect; and

/////

/////

/////

1          4.  The Clerk of the Court is directed to serve a copy of this order upon the

2   courtroom deputy for the undersigned as well as all those who would otherwise be served.

3   DATED: October 19, 2012.

4

5   _____

6   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

7   DAD:6
    Ddad1\orders.civil\arnold1481.ord.101812

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26