Susan Gibbs, SBN 201331
Law Office of Susan Gibbs
1459 18th St., # 267
San Francisco, CA 94107
Tel: 415.562.4845
Fax: 415.692.8173
susan_gibbs@mac.com

*Attorney for Plaintiff*
CONNIE ARNOLD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br>    *Plaintiff,*<br>  v.<br>LACK FAMILY INVESTMENTS, LP<br>    *Defendant.* | Case No.: 2:10-cv-1481 GEB-KJN<br>Civil Rights<br><br>**ORDER** |

    Plaintiff Connie Arnold files this Motion to Dismiss the above-named action pursuant to the terms of a settlement agreement and Federal Rules of Civil Procedure Rule 41.

    Plaintiff filed this lawsuit on June 14, 2010. Plaintiff and defendant attended a settlement conference started on October 18 and continued on October 24, 2012, with the Honorable Dale A. Drozd, United States Magistrate Judge. The parties reached a settlement at the settlement conference, the terms of which were read into the record. The parties have executed a Mutual Release and Settlement Agreement for Injunctive Relief, Damages, Attorney Fees, Litigation Expenses, and Costs ("Settlement Agreement") that settles all aspects of the lawsuit. The parties agree that Magistrate Judge Drozd shall retain jurisdiction of this matter for purposes of enforcement of the

Settlement Agreement. The Settlement Agreement is filed as an attachment hereto, and is incorporated by reference herein as if set forth in full.

    Plaintiff hereby moves for dismissal of the action, with prejudice. The defendant has answered the Complaint, and agrees to this dismissal.

November 19, 2012                    LAW OFFICE OF SUSAN GIBBS

/S/
_____
Attorney for Plaintiff Connie Arnold

November 20, 2012                    SIGNATURE LAW GROUP

/S/
_____
Attorney for Defendant Lack Family Investments, LP

## **ORDER**

    PURSUANT TO THE SETTLEMENT AGREEMENT, IT IS ORDERED that the undersigned shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: November 21, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\arnold1481.stip.dism.docx